CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>     Plaintiff,<br><br>  v.<br><br>BARBARA HANKE;<br>DAVID JOSEPH;<br>ANDRES JOVEN; and Does 1-10,<br><br>     Defendants. | **Case:** 2:19-cv-10498-SVW-GJS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Raul Uriarte-Limon, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Barbara Hanke and David Joseph has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 07, 2020            CENTER FOR DISABILITY ACCESS

                               By:   /s/ Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff